**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **EDGAR BEAUDREAU**, individually and on behalf of all others similarly situated; <br><br> *Plaintiff*, <br><br> v. <br><br> **UMASS MEMORIAL HEALTH CARE, INC., and EPIC SYSTEMS CORPORATION**, <br><br> *Defendants*. | Case No.: 3:26-cv-00215 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Edgar Beaudreau ("Plaintiff") hereby files his Notice of Voluntary Dismissal of his claims against Defendants UMass Memorial Health Care, Inc., and Epic Systems Corporation, without prejudice.

DATED: April 30, 2026                    Respectfully submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman (Wis. Bar 1085424)
Daniel O. Herrera*
**CAFFERTY CLOBES MERIWETHER & SPENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel.: 312.782.4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of April 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court through the Court's electronic system, which will send electronic notification to all counsel of record.

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman